# Exhibit B

PRESS RELEASE

# Secretary Rollins Blocks Taxpayer Dollars for Solar Panels on Prime Farmland

**PUBLISHED:** August 19, 2025

**SHARE:**




PRESS RELEASE

**Release No.:** 0203.25

**(Lebanon, TN, August 19, 2025)** – Yesterday, U.S. Secretary of Agriculture Brooke L. Rollins alongside Tennessee Governor Bill Lee, Senator Marsha Blackburn, Senator Bill Hagerty, Representative John Rose, and U.S. Department of Agriculture (USDA) Deputy Secretary Stephen Vaden, announced USDA will no longer fund taxpayer dollars for solar panels on productive farmland or allow solar panels manufactured by foreign adversaries to be used in USDA projects. Subsidized solar farms have made it more difficult for farmers to access farmland by making it more expensive and less available. Within the last 30 years, Tennessee alone has lost over 1.2 million acres of farmland and is expected to lose 2 million acres by 2027. This problem is not just in Tennessee, since 2012, solar panels on farmland nationwide have increased by nearly 50%. That is why the Department is taking action.

"Our prime farmland should not be wasted and replaced with green new deal subsidized solar panels. It has been disheartening to see our beautiful farmland displaced by solar projects, especially in rural areas that have strong agricultural heritage. One of the largest barriers of entry for new and young farmers is access to land. Subsidized solar farms have made it more difficult for farmers to access farmland by making it more expensive and less available," **said Secretary Brooke Rollins**. "We are no longer allowing businesses to use your taxpayer dollars to fund solar projects on prime American farmland, and we will no longer allow solar panels manufactured by foreign adversaries to be used in our USDA-funded projects."

"Tennesseans know that our farmland is our national security, our economic future, and our children's heritage. We were honored to welcome Secretary Rollins to Tennessee this week, and I'm grateful for her leadership to defend America's farmland from foreign adversaries and protect our food supply," **said Tennessee Governor Bill Lee**.

"Tennessee farmland should be used to grow the crops that feed our state and country, not to house solar panels made by foreign countries," **said Senator Blackburn**. "Secretary Rollins and President Trump are right to put an end to these Green New Deal subsidies that

“Agriculture has been a part of my life from when I was a kid serving as FFA chapter president to helping President Trump negotiate the trade deal that opened Japan—the world’s third-largest economy—agriculture markets for American farmers, so I know firsthand the importance of protecting our farmland. We can’t afford to lose it to foreign-made solar panels. For generations, Tennessee farmers have fed and fueled this nation, and that legacy must be preserved,” **said Tennessee Senator Bill Hagerty**.

"Competition is the American way. As a business owner, I know well the importance of fighting for your spot in the free market. It sparks innovation and often drives down costs for consumers. By leveling the playing field, USDA Secretary Brooke Rollins is ensuring an abundant energy future for Tennessee and beyond,” **said Representative John Rose (TN-06)**.

“Secretary Rollins understands that food security is national security, and preserving prime farmland for agricultural production is a key component of protecting our food supply. I look forward to working with her and this Administration to ensure any incentives for renewable energy projects have commonsense safeguards in place that provide options for producers while protecting our most productive farmland,” **said House Committee on Agriculture Chairman Glenn “GT” Thompson (PA-15)**.

"I strongly support Secretary Rollins’ action today implementing President Trump’s executive order de-prioritizing undependable energy sources, and protecting our prime farmland for much/needed food production. Ending wasteful taxpayer Green New Scam subsidies that have driven up energy costs and taken farmland out of production are long overdue. This action protects farmland so important to our Eastern Shore economy, strengthens American agriculture, and puts our energy independence first,” **said Representative Andy Harris (MD-01)**.

“The land that feeds America should never be sacrificed for unreliable green energy experiments subsidized by taxpayer dollars. With this action, the USDA is making it clear that agriculture, not foreign-made solar panels, belongs on America’s farmland. This step ensures our land, food supply, and rural traditions are protected for generations to come,” **said Representative Tom Tiffany (WI-7)**.

“We shouldn’t be subsidizing solar projects on prime farmland, that land is too valuable for producing the food and fuel our nation depends on. Secretary Rollins is right to step in and make sure taxpayer dollars aren’t used to take our best farmland out of production, and I strongly support stopping the use of solar panels made by foreign adversaries. I’m proud to see that the Trump Administration continues to be committed to protecting American agriculture,” **said Representative Mike Bost (IL-12)**.

“There is no such thing as a solar farm. It is a waste of one of our most precious resources, our land. The extortion of the American taxpayers through solar subsidies, and the destruction of our farm and forest resources, has gone on for far too long. I commend Secretary Rollins for taking action to keep taxpayer dollars from being wasted on solar panels, purchased from our adversaries, and to no longer allow these unaffordable “green” projects to waste space on our American

tried to dictate how we use our land and our resources. Taxpayers should never be forced to bankroll green new deal scams that destroy our farmland and undermine our food security. I applaud President Trump and Secretary Rollins for standing up for America's farmers and ranchers by ensuring our prime farmland is protected from foreign adversaries and our taxpayer dollars are spent wisely. Our agricultural heritage is the backbone of this nation, and these commonsense reforms put food security, national security, and American sovereignty first," **said Representative Harriet Hageman (WY-AL)**.

"The Trump Administration is continuing to listen to those at home who were struggling under the previous administration's Green New Scam. It's been proven time and time again that subsidies negatively impact market pricing, passing the cost directly to consumers. I applaud the work of the USDA protecting national security, prioritizing American products first, and amplifying an all-of-the-above energy approach," **said Congressman Ralph Norman (SC-05)**.

"Green New Deal subsidies have distorted the energy market and supplanted American farmland. USDA is taking decisive action which complements policies I supported in the One Big Beautiful Bill Act, ending the misuse of taxpayer dollars and upholding our national security interests in energy infrastructure. I appreciate Secretary Rollins' leadership in restoring common sense to these USDA programs," **said Representative Adrian Smith (NE-03)**.

**Protecting American Farmland:**

This action will rapidly eliminate the market distortions and costs imposed on taxpayers by reducing energy subsidies and builds upon the repeal of and modifications to wind, solar, and other "green" energy tax credits in the One Big Beautiful Bill Act. It will further USDA's determination to end taxpayer support for unaffordable and unreliable "green" energy sources and ensure the supply chain consists of American products and manufacturing.

Effective immediately, USDA will implement the following programmatic actions:

- For the USDA Rural Development Business and Industry (B&I) Guaranteed Loan Program wind and solar projects are not eligible.
- For the USDA Rural Development Rural Energy for America Program Guaranteed Loan Program (REAP Guaranteed Loan Program), USDA will ensure that American farmers, ranchers and producers utilizing wind and solar energy sources will install units that are right-sized for their facilities. If project applications include ground mount solar photovoltaic systems larger than 50kW or ground mount solar photovoltaic systems that cannot document historical energy usage, they will no longer be eligible for the REAP Guaranteed Loan Program, and priority points will no longer be given for REAP grants.

USDA Rural Development invests in rural America with loan, grant, and loan guarantee programs to promote rural prosperity. The commitment and resources we bring to rural communities help drive economic security and prosperity. Our programs expand access to high-speed internet, electric, and transportation infrastructure, and support business growth, healthcare, education, housing, and other community essentials. Learn more online at www.rd.usda.gov.