# Exhibit C

| | |
|---|---|
| **From:** | Andreason, Amee - RD, UT |
| **To:** | Yocum, Debra - RD, NE |
| **Cc:** | Noty, Lisa - RD, IA; Jordan Jr, JamesE - RD, MO |
| **Subject:** | Re: Request: Solar Program/Media Inquiry |
| **Date:** | Wednesday, August 20, 2025 1:38:08 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>Outlook-s1phqdle.png |

Thanks everyone. I think I can use this statement to answer most of the inquiries. Then I'll ask for clarification on the 2012 stat.

USDA has not released state-specific impacts or estimated acres or producers affected. The priority points system is a scoring mechanism for program applications, not a measure of land use. Additionally, projects that were already awarded will continue to receive funding under the terms in place at the time of their award.

Please clarify where the data came from concerning this statement in the press release, " since 2012, solar panels on farmland nationwide have increased by nearly 50%. That is why the Department is taking action."

Thanks again,

Amee Andreason
Public Affairs Specialist
Office of External Affairs | New Media Branch

USDA
U.S. DEPARTMENT OF AGRICULTURE
Rural Development
c: (385) 410-6246

---

**From:** Yocum, Debra - RD, NE <debra.yocum@usda.gov>
**Sent:** Wednesday, August 20, 2025 12:29 PM
**To:** Andreason, Amee - RD, UT <Amee.Andreason@usda.gov>
**Cc:** Noty, Lisa - RD, IA <lisa.noty@usda.gov>; Jordan Jr, JamesE - RD, MO <james.jordan3@usda.gov>
**Subject:** RE: Request: Solar Program/Media Inquiry

Hi Amy-

Please have the communications team that wrote the release provide the data and rationale behind their statistics.
We are ok with the response that USDA has not released state-specific impacts or estimated acres or producers affected, and the priority points system is a scoring mechanism for program applications, not a measure of land use.

Thanks!

Deb Yocum

Branch Chief
National Office RBCS Program Operations | Field Operations
USDA
U.S. DEPARTMENT OF AGRICULTURE
Rural Business Cooperative Services
p: (402) 499-1198

---

**From:** Andreason, Amee - RD, UT <Amee.Andreason@usda.gov>
**Sent:** Tuesday, August 19, 2025 3:47 PM
**To:** Yocum, Debra - RD, NE <debra.yocum@usda.gov>
**Subject:** Re: Request: Solar Program/Media Inquiry

Hi Debra,

I was just putting together a draft of what type of summary/response we're looking for. Hoping the program can drum up something along those lines with information you have on the program.

Here's how we can draft the summary:

Do we have a state-specific impact analysis? Should we just link to Rural Data Gateway?

Explain the priority points system function.

We mention subsidized solar farms have made it more difficult for farmers to access farmland by making it more expensive and less available, do we have that data?

Do we have data for the 50% solar panel increase on farmland nationwide?

Let's address that projects that were already awarded will continue to receive funding under the terms in place at the time of their award.

Anything else worth mentioning?

Hope that helps.

Thank you,

Amee Andreason
Public Affairs Specialist
Office of External Affairs | New Media Branch

USDA
U.S. DEPARTMENT OF AGRICULTURE

Rural Development
c: (385) 410-6246

---

**From:** Yocum, Debra - RD, NE <debra.yocum@usda.gov>
**Sent:** Tuesday, August 19, 2025 2:14 PM
**To:** Andreason, Amee - RD, UT <Amee.Andreason@usda.gov>
**Subject:** FW: Request: Solar Program/Media Inquiry

Hi Amee-
See JR's response below.

Deb Yocum
Branch Chief
National Office RBCS Program Operations | Field Operations
USDA U.S. DEPARTMENT OF AGRICULTURE
Rural Business Cooperative Services
p: (402) 499-1198

---

**From:** Claeys, JR - RD, DC <JR.Claeys@usda.gov>
**Sent:** Tuesday, August 19, 2025 3:08 PM
**To:** Yocum, Debra - RD, NE <debra.yocum@usda.gov>
**Cc:** Jordan Jr, JamesE - RD, MO <james.jordan3@usda.gov>; Collin, Victoria - RD, DC <Victoria.Collin@usda.gov>
**Subject:** RE: Request: Solar Program/Media Inquiry

The last answer contradicts the release. Strike that and let's let the comms shop find where that statement originated and the rationale behind their statistics.

J.R. Claeys
Administrator
Rural Business-Cooperative Service

USDA U.S. DEPARTMENT OF AGRICULTURE
Rural Development
1400 Independence Ave. SW Room 5803-S
Washington, DC 20250
JR.Claeys@usda.gov | o: 202-690-4730 | c: 202-744-3637

---

**From:** Yocum, Debra - RD, NE <debra.yocum@usda.gov>
**Sent:** Tuesday, August 19, 2025 2:54 PM
**To:** Claeys, JR - RD, DC <JR.Claeys@usda.gov>
**Cc:** Jordan Jr, JamesE - RD, MO <james.jordan3@usda.gov>; Collin, Victoria - RD, DC <Victoria.Collin@usda.gov>
**Subject:** FW: Request: Solar Program/Media Inquiry

JR-Per our conversation, please advise if you are ok with the high-level response highlighted below to questions received by OEA.
Thanks!

Deb Yocum
Branch Chief
National Office RBCS Program Operations | Field Operations
USDA
U.S. DEPARTMENT OF AGRICULTURE
Rural Business Cooperative Services
p: (402) 499-1198

---

**From:** RD.WDC.PressBox <RD.Press@usda.gov>
**Sent:** Tuesday, August 19, 2025 12:08 PM
**To:** Yocum, Debra - RD, NE <debra.yocum@usda.gov>; Mistry, Shekhar - RD, MD <Shekhar.Mistry@usda.gov>
**Cc:** Cannon, Emily - RD, ME <emily.cannon@usda.gov>; Mancel, Jessica - RD, WI <jessica.mancel@usda.gov>
**Subject:** Fw: Request: Solar Program/Media Inquiry

Looks like Lisa is out, so I am looping in Debra.

Office of External Affairs
Public Affairs
USDA Rural Development
U.S. DEPARTMENT OF AGRICULTURE

---

**From:** RD.WDC.PressBox <RD.Press@usda.gov>
**Sent:** Tuesday, August 19, 2025 12:50 PM
**To:** Noty, Lisa - RD, IA <lisa.noty@usda.gov>; Mistry, Shekhar - RD, MD <Shekhar.Mistry@usda.gov>
**Cc:** Cannon, Emily - RD, ME <emily.cannon@usda.gov>; Mancel, Jessica - RD, WI <jessica.mancel@usda.gov>
**Subject:** Request: Solar Program/Media Inquiry

Hi Lisa and Shekhar,

The press release announcing that we will no longer fund solar panels or wind on prime farmland has been published and the Secretary announced it at an event in Tennessee yesterday: https://www.usda.gov/about-usda/news/press-releases/2025/08/19/secretary-rollins-blocks-taxpayer-dollars-solar-panels-prime-farmland

We have already received several inquiries, wondering if you could help us put together a high-level statement that answers a little more than the press release.

Here are some follow up questions:
- Has USDA calculated the impact on states like Iowa, where 60 percent of electricity comes from renewables?
-How does the priority points system work and has USDA estimated how many acres/producers this could impact?
- Does USDA have any data supporting the statement that solar farms have made farmland more expensive and less available?
- Can the agency provide the numbers behind this statement: "since 2012, solar panels on farmland nationwide have increased by nearly 50%."

High-level summary, something like this (draft):

(b) (5) [redacted]

If we could get something back by COB today, that would be great.

Please let me know if you have any questions.

Thank you,
Amee Andreason

Office of External Affairs
Public Affairs
USDA Rural Development
U.S. DEPARTMENT OF AGRICULTURE

---

**From:** Georgina Gustin <georgina.gustin@insideclimatenews.org>
**Sent:** Tuesday, August 19, 2025 11:55 AM
**To:** RD.WDC.PressBox <RD.Press@usda.gov>
**Subject:** Re: [External Email]Solar Program/Media Inquiry

Thanks!

Just a few follow-up questions:

- Has USDA calculated the impact on states like Iowa, where 60 percent of electricity comes from renewables?
-How does the priority points system work and has USDA estimated how many acres/producers this could impact?
- Does USDA have any data supporting the statement that solar farms have made farmland more expensive and less available?
- Can the agency provide the numbers behind this statement: "since 2012, solar panels on farmland nationwide have increased by nearly 50%."

Best,
Georgina

On Tue, Aug 19, 2025 at 11:38 AM RD.WDC.PressBox <RD.Press@usda.gov> wrote:

Hello Georgina,

Thank you for reaching out and your interest. Please see the news release for more information: https://www.usda.gov/about-usda/news/press-releases/2025/08/19/secretary-rollins-blocks-taxpayer-dollars-solar-panels-prime-farmland

Thank you,
Amee Andreason

Office of External Affairs
Public Affairs
USDA Rural Development
U.S. DEPARTMENT OF AGRICULTURE

**From:** Georgina Gustin <georgina.gustin@insideclimatenews.org>
**Sent:** Tuesday, August 19, 2025 10:05 AM
**To:** SM.OC.Press <Press@usda.gov>
**Subject:** [External Email]Solar Program/Media Inquiry

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov
Hello,

I'm working on a story about Sec. Rollins' announcement on X that the USDA will terminate the agency's support for wind and solar.

Can someone at the agency provide details and confirm the announcement?

- Will the agency issue a rulemaking?
- Will the agency simply terminate funding?
-How much support does the agency currently provide for wind and solar and through what programs?

Many thanks,
Georgina

--
Georgina Gustin
Reporter
Inside Climate News
georgina.gustin@insideclimatenews.org
gustinreport@proton.me (Encrypted)
(b) (6) [redacted]
@georgina_gustin

*Inside Climate News is a Pulitzer Prize-winning non-profit, non-partisan news organization that provides essential reporting and analysis on climate, energy and the environment. Learn more at insideclimatenews.org.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--
Georgina Gustin
Reporter
Inside Climate News
georgina.gustin@insideclimatenews.org
gustinreport@proton.me (Encrypted)

(b) (6) [redacted]
@georgina_gustin

*Inside Climate News is a Pulitzer Prize-winning non-profit, non-partisan news organization that provides essential reporting and analysis on climate, energy and the environment. Learn more at insideclimatenews.org.*

**From:** RD.WDC.PressBox
**To:** news@prinevillereview.com
**Subject:** Attn: Justin Alderman - Secretary Rollins Blocks Taxpayer Dollars for Solar Panels on Prime Farmland
**Date:** Friday, August 22, 2025 10:31:14 AM
**Attachments:** Outlook-c0i5dff3.png

Hello,

We received a media inquiry from Justin Alderman, editor, with the Prineville Review asking about the local impacts from this announcement: https://www.usda.gov/about-usda/news/press-releases/2025/08/19/secretary-rollins-blocks-taxpayer-dollars-solar-panels-prime-farmland

Here is an approved statement and where you can find additional information:

USDA has not released state-specific impacts or estimated acres or producers affected. The priority points system is a scoring mechanism for program applications, not a measure of land use. Additionally, projects that were already awarded will continue to receive funding under the terms in place at the time of their award.

More information can be found under Energy Investments on the unnumbered letter: Ensuring Strong Stewardship and Customer Service in RBCS Guaranteed Lending & Other Programs

USDA data on solar projects located mostly on agricultural land can be found here: https://www.ers.usda.gov/data-products/charts-of-note/chart-detail?chartId=109562

For specifics on projects, please visit the Rural Data Gateway.

Thank you.

Office of External Affairs
Public Affairs
USDA Rural Development
U.S. DEPARTMENT OF AGRICULTURE

**From:** RD.WDC.PressBox
**To:** georgina.gustin@insideclimatenews.org
**Subject:** Re: Request: Solar Program/Media Inquiry
**Date:** Thursday, August 21, 2025 2:25:37 PM
**Attachments:** image002.png
Outlook-h1fohlgm.png

Hello Georgina,

Thank you again for reaching out. Here is an approved statement that you can contribute to a *USDA spokesperson*.

USDA has not released state-specific impacts or estimated acres or producers affected. The priority points system is a scoring mechanism for program applications, not a measure of land use. Additionally, projects that were already awarded will continue to receive funding under the terms in place at the time of their award.

More information can be found under Energy Investments on the unnumbered letter: Ensuring Strong Stewardship and Customer Service in RBCS Guaranteed Lending & Other Programs

USDA data on solar projects located mostly on agricultural land can be found here: https://www.ers.usda.gov/data-products/charts-of-note/chart-detail?chartId=109562

For specifics on projects, please visit the Rural Data Gateway.

Thanks again,
Amee

Office of External Affairs
Public Affairs
USDA Rural Development
U.S. DEPARTMENT OF AGRICULTURE

---

**From:** Georgina Gustin <georgina.gustin@insideclimatenews.org>
**Sent:** Tuesday, August 19, 2025 11:55 AM
**To:** RD.WDC.PressBox <RD.Press@usda.gov>
**Subject:** Re: [External Email]Solar Program/Media Inquiry

Thanks!

Just a few follow-up questions:

- Has USDA calculated the impact on states like Iowa, where 60 percent of electricity comes from renewables?
-How does the priority points system work and has USDA estimated how many

acres/producers this could impact?
- Does USDA have any data supporting the statement that solar farms have made farmland more expensive and less available?
- Can the agency provide the numbers behind this statement: "since 2012, solar panels on farmland nationwide have increased by nearly 50%."

Best,
Georgina

On Tue, Aug 19, 2025 at 11:38 AM RD.WDC.PressBox <RD.Press@usda.gov> wrote:

> Hello Georgina,
>
> Thank you for reaching out and your interest. Please see the news release for more information: https://www.usda.gov/about-usda/news/press-releases/2025/08/19/secretary-rollins-blocks-taxpayer-dollars-solar-panels-prime-farmland
>
> Thank you,
> Amee Andreason
>
> Office of External Affairs
>
> Public Affairs
> USDA Rural Development
> U.S. DEPARTMENT OF AGRICULTURE
>
> **From:** Georgina Gustin <georgina.gustin@insideclimatenews.org>
> **Sent:** Tuesday, August 19, 2025 10:05 AM
> **To:** SM.OC.Press <Press@usda.gov>
> **Subject:** [External Email]Solar Program/Media Inquiry
>
> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov
> Hello,
>
> I'm working on a story about Sec. Rollins' announcement on X that the USDA will terminate the agency's support for wind and solar.

Can someone at the agency provide details and confirm the announcement?

- Will the agency issue a rulemaking?
- Will the agency simply terminate funding?
-How much support does the agency currently provide for wind and solar and through what programs?

Many thanks,
Georgina

--
Georgina Gustin
Reporter
Inside Climate News
georgina.gustin@insideclimatenews.org
gustinreport@proton.me (Encrypted)
(b) (6) [redacted]
@georgina_gustin

*Inside Climate News is a Pulitzer Prize-winning non-profit, non-partisan news organization that provides essential reporting and analysis on climate, energy and the environment. Learn more at insideclimatenews.org.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--
Georgina Gustin
Reporter
Inside Climate News
georgina.gustin@insideclimatenews.org
gustinreport@proton.me (Encrypted)
(b) (6) [redacted]
@georgina_gustin

*Inside Climate News is a Pulitzer Prize-winning non-profit, non-partisan news organization that provides essential reporting and analysis on climate, energy and the environment. Learn more at insideclimatenews.org.*