# Exhibit E

USDA Rural Development
U.S. DEPARTMENT OF AGRICULTURE

Together, America Prospers

# STAKEHOLDER ANNOUNCEMENT

## Rural Business Cooperative Service Update on the Status of the Rural Energy for American Program

**(WASHINGTON, D.C., March 31, 2026)** – Rural Business Cooperative Service intends to update the regulations at 7 CFR 4280 Subpart B to comply with Executive Order 14315, Ending Market Distorting Subsidies for Unreliable, Foreign Controlled Energy Sources. Accordingly, the Rural Energy for America Program will not be making further grant awards until the new regulations are in effect. A new Notice of Funding Opportunity will be published in accordance with the new regulations once they are effective, and any applicants who previously submitted an application will have the opportunity to reapply. This applies to any applicant that does not possess a fully executed Financial Assistance Agreement. REAP Guaranteed Loans will continue to be awarded during this time. Prospective applicants should view the FAQ's and check the program website for any further updates.

These changes reflect our commitment to ending the massive cost of providing taxpayer handouts for unreliable energy sources and follows Administrative priorities of energy dominance, national security, economic growth, and the fiscal health of the nation.

If you'd like to subscribe to USDA Rural Development updates, visit our GovDelivery subscriber page.

###

*USDA is an equal opportunity provider, employer, and lender.*