# Exhibit F

USDA Rural Development
U.S. DEPARTMENT OF AGRICULTURE

Together, America Prospers

# FY26 Rural Energy for America Program (REAP)

## Frequently Asked Questions

**Q1: Will a Notice of Funding Opportunity (NOFO) be issued to announce fiscal year (FY) 2026 REAP funding?**

A1: No. Rural Business Cooperative Service (RBCS) intends to update the regulations at 7 CFR 4280 Subpart B to comply with Executive Order 14315, Ending Market Distorting Subsidies for Unreliable, Foreign Controlled Energy Sources. Accordingly, REAP will not be making further grant awards until the new regulations are in effect. This applies to all applications that do not have a fully executed Financial Assistance Agreement. A new Notice of Funding Opportunity will be published in accordance with the new regulations once they are effective, and any applicants who previously submitted an application (either for Inflation Reduction Act (up to 50% federal grant share) funds or Farm Bill (up to 25% federal grant share) funds) will have the opportunity to reapply in accordance with the forthcoming requirements. REAP Guaranteed Loans will continue to be awarded during this time.

**Q2: Will any more REAP grants be awarded under the October 16, 2024, REAP Notice?**

A2: No. A forthcoming publication will rescind the October 16, 2024, Notice, and REAP will not award any new grants under the October 16, 2024, Notice.

**Q3: Is REAP currently accepting Renewable Energy Systems (RES) and Energy Efficiency Improvements (EEI) applications for FY 2026?**

A3: No. RBCS will communicate open application windows on the REAP program page website.

**Q4: Will the Energy Audit and Renewable Energy Development Assistance (EA/REDA) Program be funded in 2026?**

A4: No.

**Q5: What happens to FY 2026 REAP RES/EEI applications that have already been filed?**

A5: RBCS will not be making further awards until after the new regulations are completed. Once the updated regulation has been published and the agency announces acceptance of new applications the applicant may file a new application in compliance with the forthcoming regulations.

USDA is an equal opportunity provider, employer, and lender.

**Q6: What happens to the paused FY 2025 Inflation Reduction Act (IRA) applications that were submitted prior to December 30, 2024?**

A6: RBCS will not be making further awards until after the new regulations are completed. Once the updated regulation has been published and the agency announces acceptance of new applications the applicant may file a new application in compliance with the forthcoming regulations.

**Q7: What happens to FY 2025 applications that were submitted but are not considered complete or did not pass the technical merit review?**

A7: Applicants will be notified that the agency will not be making further awards until after the new regulations are completed. Once the updated regulation has been published and the agency announces acceptance of new applications the applicant may file a new application in compliance with the forthcoming regulations.

**Q8: What happens to REAP RES/EEI applications that have been filed but do not yet have a completed environmental review?**

A8: Processing of the environmental review by agency staff or by contractors will stop immediately as this application will not be moving forward as filed.

**Q9: What happens to applications that are currently being appealed?**

A9: Applicants who received an adverse decision will be notified that the agency will not be making further awards until after the new regulations are completed. Once the updated regulation has been published and the agency announces acceptance of new applications, the applicant may file a new application in compliance with the forthcoming regulations.

**Q10: Are REAP Guaranteed Loans still being accepted?**

A10: Yes. The REAP guaranteed loan program follows the OneRD guarantee regulation and program applications for FY 2026 are currently being accepted. As a reminder, REAP guaranteed loan applications must comply with all applicable Unnumbered Letters.

**Q11: Are solar photovoltaic and wind applications eligible for a REAP guarantee?**

A11: Certain solar photovoltaic and wind applications are eligible for a REAP guarantee. Please see additional guidance here: Strong Stewardship Unnumbered Letter.