AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Iowa Farmers Union; David Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; James Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; SVF, LLC; Iowa Solar Energy Trade Association; New York Solar Energy Industries Association; RENEW Wisconsin; Solar United Neighbors; LTL LED, LLC d/b/a Wolf River Electric; Clean Power Consultants; David A. Loney Consulting

*Plaintiff(s)*

v.

U.S. Department of Agriculture, Brooke Rollins, Rural Business-Cooperative Service, Victoria Collin

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Agriculture
1400 Independence Ave. SW
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie Apfel, Earthjustice, 250 I Street NW, 4th Floor, Washington, DC 20005
Brian Lynk, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Jessica O'Donnell, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Chad Hughes, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Iowa Farmers Union; David Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; James Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; SVF, LLC; Iowa Solar Energy Trade Association; New York Solar Energy Industries Association; RENEW Wisconsin; Solar United Neighbors; LTL LED, LLC d/b/a Wolf River Electric; Clean Power Consultants; David A. Loney Consulting

*Plaintiff(s)*

v.

U.S. Department of Agriculture, Brooke Rollins, Rural Business-Cooperative Service, Victoria Collin

*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Brooke Rollins, Secretary
United States Department of Agriculture
1400 Independence Ave. SW
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie Apfel, Earthjustice, 250 I Street NW, 4th Floor, Washington, DC 20005
Brian Lynk, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Jessica O'Donnell, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Chad Hughes, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Iowa Farmers Union; David Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; James Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; SVF, LLC; Iowa Solar Energy Trade Association; New York Solar Energy Industries Association; RENEW Wisconsin; Solar United Neighbors; LTL LED, LLC d/b/a Wolf River Electric; Clean Power Consultants; David A. Loney Consulting

*Plaintiff(s)*

v.

U.S. Department of Agriculture, Brooke Rollins, Rural Business-Cooperative Service, Victoria Collin

*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Rural Business-Cooperative Service
1400 Independence Ave. SW, RM 5803-S
Mail Stop 3201
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie Apfel, Earthjustice, 250 I Street NW, 4th Floor, Washington, DC 20005
Brian Lynk, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Jessica O'Donnell, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Chad Hughes, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Iowa Farmers Union; David Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; James Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; SVF, LLC; Iowa Solar Energy Trade Association; New York Solar Energy Industries Association; RENEW Wisconsin; Solar United Neighbors; LTL LED, LLC d/b/a Wolf River Electric; Clean Power Consultants; David A. Loney Consulting

*Plaintiff(s)*

v.

Civil Action No.

U.S. Department of Agriculture, Brooke Rollins, Rural Business-Cooperative Service, Victoria Collin

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Victoria Collin, Acting Administrator
Rural Business-Cooperative Service
1400 Independence Ave. SW, RM 5803-S
Mail Stop 3201
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie Apfel, Earthjustice, 250 I Street NW, 4th Floor, Washington, DC 20005
Brian Lynk, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Jessica O'Donnell, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Chad Hughes, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Iowa Farmers Union; David Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; James Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; SVF, LLC; Iowa Solar Energy Trade Association; New York Solar Energy Industries Association; RENEW Wisconsin; Solar United Neighbors; LTL LED, LLC d/b/a Wolf River Electric; Clean Power Consultants; David A. Loney Consulting

*Plaintiff(s)*

v.

U.S. Department of Agriculture, Brooke Rollins, Rural Business-Cooperative Service, Victoria Collin

*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie Apfel, Earthjustice, 250 I Street NW, 4th Floor, Washington, DC 20005
Brian Lynk, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Jessica O'Donnell, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Chad Hughes, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Iowa Farmers Union; David Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; James Book, in his representative capacity as co-trustee of the Donald M. Book GST Exempt Residuary Trust; SVF, LLC; Iowa Solar Energy Trade Association; New York Solar Energy Industries Association; RENEW Wisconsin; Solar United Neighbors; LTL LED, LLC d/b/a Wolf River Electric; Clean Power Consultants; David A. Loney Consulting

*Plaintiff(s)*

v.

U.S. Department of Agriculture, Brooke Rollins, Rural Business-Cooperative Service, Victoria Collin

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney for the District of Columbia
Civil Process Clerk
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie Apfel, Earthjustice, 250 I Street NW, 4th Floor, Washington, DC 20005
Brian Lynk, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Jessica O'Donnell, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005
Chad Hughes, Environmental Law & Policy Center, 740 15th Street NW, Suite 700, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ________________

*Signature of Clerk or Deputy Clerk*